The People of the State of New York, Respondent, v. Vincenzo Sül-dano and Salvator Gelardi, Appellants.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Michael F. Mul-doon, Appellant.— Judgment affirmed. No opinion.

In the Matter of Opening Weiher Court, between Washington Avenue and .Third Avenue, in the Borough of The Bronx, The City of New York. Joseph Halm, Appellant; The City of New York, Respondent.— Order affirmed, with costs and disbursements. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Bos- · ton Road, between Bronx Park and White Plains Road, and Bear Swamp Road, between Boston Road and White Plains Road, etc., in the Twenty-fourth Ward, Borough of The Bronx, The City of New York. Land Associates, Appellant.— Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Charles B. Thom-· son, Appellant.— Judgment affirmed. . No opinion.

Edith L. King, Respondent, v. Joseph B. Bissell, Appellant.— Judg-ment and order affirmed. No opinion.

The People of the State of New York ex rel. Edward D. Slevin, Relator, v. Rhinelander Waldo, as Fire Commissioner of the Fire Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

. The People of the State of New York ex rel. Thomas Agnew, Relator, v. William F. Baker, as Police Commissioner . of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Ada L. Harris, as Sole ·Surviving Executrix of and Devisee under the Last Will and Testament of Dwight M. Harris, Deceased, Respondent, v. Joseph H. Hoadley, Appellant, Impleaded with Cyrus Field Judson and Joseph Leiter, Defendants.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., and Dowling, J., dissented.)·

The People of the State of New York, Respondent, v. Francis G. Bailey, Appellant.— Judgment and orders affirmed. No opinion.

Walter Hampden Dougherty, Appellant, v. The New Theatre and Winthrop Ames, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David C. Miller and William Shoemaker, Appellants, v. The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements as matter of law and not in the exercise of dis-cretion. No opinion.

Jefferson D. Bremer v. Charles E. Ring.— See memorandum per curiam.

Atlantic Dredging Company v. William Beard and Others.— Motion granted; question to be determined on settlement of order. Order to be settled on notice.

David C. Miller and Another v. The City of New York and Others.— Motion granted; question to be determined on settlement of order. Order to be settled on notice.